# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF M. N.(DOB:
1/22/09), M. N. (DOB:
7/22/15), AND Z.O. (DOB:
5/19/21)

NO.     2022 CW 1376


**MARCH 03, 2023**

---

In Re:     D.O., applying for supervisory writs, City Court of
East St. Tammany, Parish of St. Tammany, No. 21JS3028.

---

**BEFORE:    GUIDRY, C.J., WOLFE, AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---

DEPUTY CLERK OF COURT
FOR THE COURT